**Order entered May 3, 2021**



**In The**
### Court of Appeals
### Fifth District of Texas at Dallas

**No. 05-20-00017-CR**

**CLYDE EARL TAYLOR, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 203rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F18-75930-P**

**ORDER**

On April 12, 2021, the corrected version of volume 7 of the reporter's record was filed; on April 29, 2021, the corrected version of volume 8 of the reporter's record was filed.

We **STRIKE** volumes 7 and 8 of the October 1, 2020 original reporter's record. We also **STRIKE** the "corrected" volume 8 filed on April 12, 2021.

Appellant's brief is due by May 14, 2021.

We **DIRECT** the Clerk to send copies of this order to the Honorable Raquel Jones, Presiding Judge, 203rd Judicial District Court; to Crystal Brown, official court reporter, 203rd Judicial District Court; to LaToya R. Young, deputy court reporter; and to counsel for all parties.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE